2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 15 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| IN RE Grand Jury Investigation | § | No. | MISCELLANEOUS |
| USAO (1996R01325) | § | | B-99-008 |

### ORDER SEALING REPORT AND NOTICE OF DISCLOSURE

The motion of the United States to seal is granted. The Clerk of the Court is ORDERED to seal the Notice of Disclosure of Grand Jury Proceedings.

ORDERED this __14__ day of _____, 1999.

_____
UNITED STATES DISTRICT JUDGE